<div align="center">

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

</div>

| | | |
|---|---|---|
| JUSTIN ANTHONY CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:26-cv-158 |
| | ) | |
| KNOX COUNTY, TENNESSEE, a governmental | ) | |
| entity, KNOX COUNTY SHERIFF'S | ) | |
| DEPARTMENT, a governmental entity, JOHN | ) | |
| DOES and JANE DOES, individuals and | ) | |
| Employees of the Knox County Sheriff's | ) | |
| Department, | ) | |
| | ) | |
| Defendants. | ) | |

<div align="center">

**STIPULATION FOR EXTENSION OF TIME**

</div>

By agreement of the parties, through their undersigned counsel of record in this action, it is hereby stipulated that Defendants shall be entitled to a twenty-one (21) day extension of time from the date of removal in which to respond to the Complaint. Defendants will respond to Plaintiff's Complaint by April 29, 2026.

Respectfully submitted,

/s/ Rachel K. Harrison
RACHEL K. HARRISON (BPR # 038807)
Deputy Law Director
*Counsel for Defendants*
Knox County Law Director's Office
400 Main Street, Suite 612
Knoxville, TN 37902
(865) 215-2327
rachel.harrison@knoxcounty.org

<div style="margin-left: 45%;">

/s/ Steven B. Ward w/permission
STEVEN B. WARD (BPR # 013450)
*Counsel for Plaintiff*
400 Main Street
Madisonville, TN 37354
(423) 442-5800
stevebward@aol.com

</div>

2