# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| JUSTIN ANTHONY CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:26-cv-00158 |
| | ) | |
| KNOX COUNTY, TENNESSEE, a governmental | ) | |
| entity, KNOX COUNTY SHERIFF'S | ) | |
| DEPARTMENT, a governmental entity, JOHN | ) | |
| DOES and JANE DOES, individuals and | ) | |
| Employees of the Knox County Sheriff's | ) | |
| Department, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Comes now Plaintiff, Justin Anthony Clark, and Defendants Knox County, Knox County

Sheriff's Department; and Jane and John Does, jointly, by and through respective undersigned

counsel and hereby advise this Honorable Court that all claims asserted by the Plaintiff against

these Defendants have been settled and compromised.

The parties jointly stipulate to the dismissal of all of the Plaintiff's claims asserted in this

cause of action, on the merits and with prejudice.

Respectfully submitted.

/s/ Rachel K. Harrison
RACHEL K. HARRISON (BPR # 038807)
Deputy Law Director
*Counsel for Defendants*
Knox County Law Director's Office
400 Main Street, Suite 612
Knoxville, TN 37902
(865) 215-2327

/s/ Steven B. Ward
STEVEN B. WARD (BPR # 013450)
*Counsel for Plaintiff*
400 Main Street
Madisonville, TN 37354
(423) 442-5800


## CERTIFICATE OF SERVICE

I hereby certify that on the date above written, the foregoing Stipulation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

/s/Rachel K. Harrison
Rachel K. Harrison (BPR # 038807)